**No. 64389.**—Horrockses (U.S.A.), Inc. *v.* United States, protests 59/22933 and 59/22934 (New York).

Opinion by Rao, J.   The protests were dismissed.

**No. 64390.**—Carl Hirschmann Company, Inc. *v.* United States, protest 59/26114 (New York).

Opinion by Rao, J.   The protest was dismissed.

**No. 64391.**—S. Ebisuzaki and American Customs Brokerage Co. et al. *v.* United States, protests 58/20634, etc. (Honolulu).

Opinion by Ford, J.   In accordance with stipulation of counsel that the merchandise consists of nylon fishing nets or fish netting similar in all material respects to the cotton nets or fish netting provided for in paragraph 923, as modified, *supra*, the claim of the plaintiffs was sustained. *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727) followed.

Before the Third Division, July 11, 1960

**No. 64392.**—The Danwill Company *v.* United States, protest 59/27882 (New York).

Opinion by Johnson, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 64393.**—The Tupman Thurlow Co., Inc. *v.* United States, protests 58/16856 and 58/19574 (New York).

Opinion by Donlon, J.   In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S.A., et al.* (45 C.C.P.A. 20, C.A.D. 667), the claim of the plaintiff was sustained.